**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| J & J Sports Productions Incorporated,<br><br>Plaintiff,<br><br>vs.<br><br>Francisca Angelica Gonzalez Arvizu, et al.,<br><br>Defendants. | No. CV-17-04056-PHX-SPL<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Award of Costs and Attorney Fees (the "Motion"). (Doc. 23) The Motion was fully briefed on August 27, 2018. (Docs. 25, 26) Plaintiff's motion fails to comply with Rule 54.2(c) of the Local Rules of Civil Procedure ("LRCiv"). Rules of Practice of the U.S. District Court for the District of Arizona. LRCiv 54.2(c) provides:

> (c) **Content of Memorandum in Support of Motion for Award of Attorneys' Fees and Related Non-Taxable Expenses.** The memorandum of points and authorities in support of a motion for award of attorneys' fees and related non-taxable expenses shall include a discussion of the following matters with appropriate headings and in the order listed below:
>
> (1) Eligibility. This section must specify the judgment and cite the applicable statutory or contractual authority upon which the movant seeks an award of attorneys' fees and related non-taxable expenses. This section also must set forth a description of the nature of the case and must identify the claims or defenses as to which the party prevailed and the claims or defenses as to which the party did not prevail.

Counsel should cite the relevant legal authority governing the standard by which the court should determine eligibility.

(2) Entitlement. This section must discuss the applicable factors deemed relevant in determining whether attorneys' fees and related non-taxable expenses should be allowed, with citation(s) to the relevant legal authority. If the moving party claims entitlement to fees for preparing the motion and memorandum for award of attorneys' fees and related non-taxable expenses, such party also must cite the applicable legal authority supporting such specific request.

(3) Reasonableness of Requested Award. This section should discuss, as appropriate, the various factors bearing on the reasonableness of the requested attorneys' fee award, including, but not limited to, the following:

(A) The time and labor required of counsel;

(B) The novelty and difficulty of the questions presented;

(C) The skill requisite to perform the legal service properly;

(D) The preclusion of other employment by counsel because of the acceptance of the action;

(E) The customary fee charged in matters of the type involved;

(F) Whether the fee contracted between the attorney and the client is fixed or contingent;

(G) Any time limitations imposed by the client or the circumstances;

(H) The amount of money, or the value of the rights, involved, and the results obtained;

(I) The experience, reputation and ability of counsel;

(J) The "undesirability" of the case;

(K) The nature and length of the professional relationship between the attorney and the client;

(L) Awards in similar actions; and

(M) Any other matters deemed appropriate under the circumstances.

The Plaintiff has failed to comply with sections (2) and (3) of LRCiv 54.2(c).

Accordingly,

**IT IS ORDERED:**

That the Motion for Award of Costs and Attorneys' Fees (Doc. 23) is **denied without prejudice**.

Dated this 26th day of February, 2019.

_____
Honorable Steven P. Logan
United States District Judge